# UNITED STATES DISTRICT COURT
Western District of North Carolina

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Case No: 3:23–mj–00400–DCK |
| Lee Stutts | ) Charging District: |
| *Defendant* | ) Charging District's Case No: |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: US Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Courtroom No.: |
|---|---|
| | Date and Time November 28, 2023 at 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 17, 2023

David C. Keesler
United States Magistrate Judge